# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| EDIN JOSUE SOTO REYES,<br><br>               Petitioner,<br><br>v.<br><br>WARDEN,<br><br>               Respondent. | Case No. 2:25-cv-00440-BJR-TLF<br><br>ORDER |

Having reviewed the Report and Recommendation of the Honorable Theresa L. Fricke, United States Magistrate Judge, to which no objections were filed, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Petitioner failed to file a complete *in forma pauperis* application or pay the $5.00 filing fee with his proposed habeas corpus petition under 28 U.S.C. § 2241.

(3) This case is DISMISSED without prejudice.

Dated this 22nd day of August, 2025.

BARBARA J. ROTHSTEIN
United States District Judge

ORDER - 1